United States District Court
Southern District of Texas
**ENTERED**
October 29, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JUNIA MILFORT, | § | CIVIL ACTION NUMBER |
| Plaintiff, | § | 4:25-cv-05241 |
| | § | |
| | § | |
| versus | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| | § | |
| EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | § | |
| Defendant. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

Plaintiff Junia Milfort proceeds here *pro se*. She filed this action against Defendant Experian Information Solutions, Inc for alleged violations of the Fair Credit Reporting Act. Dkt 1. She contends Defendant Experian violated the Fair Credit Reporting Act through willful noncompliance, negligent noncompliance, failure to assure maximum possible accuracy, and failure to reinvestigate. Id at 2. Defendant filed a timely answer. Dkt 6.

Pending is a motion by Experian for judgment on the pleadings on each of Plaintiff's claims. Dkt 9. Plaintiff didn't file a response.

The matter was referred to Magistrate Judge Christina A. Bryan for disposition. Dkt 5. She recommends that the motion be granted and that all claims against Defendant Experian be dismissed with prejudice. Dkt 26 at 5–8.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC §636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no

clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 26.

The motion by Defendant Experian Information Solutions, Inc. for judgment on the pleadings is GRANTED. Dkt 9.

This action is DISMISSED WITH PREJUDICE

A final judgment will issue separately.

SO ORDERED.

Signed on October 29, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge